# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, David J. Bradley, Clerk of Court, of the United States District Court for the SOUTHERN DISTRICT OF TEXAS: DO HEREBY CERTIFY that

**William M. Clanton** Federal ID No **1420489**

was duly admitted to practice in said Court on **April 19, 2012**, and is in good standing as a member of the bar of said Court.

Dated May 15, 2012, at Houston, Texas.

Clerk of Court

By Cassandra Sonnier, Deputy Clerk